UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHELLE MAZA, Complainant | * | CIVIL ACTION |
| Versus | * | File No.: |
| CANADIAN NATIONAL RAILWAY, Defendant | * | JUDGE: |
| | * | MAGISTRATE JUDGE: |

## COMPLAINT FOR DAMAGES

COMES NOW the Complainant, MICHELLE MAZA, a person of the full age of majority and a resident of the State of Louisiana, and for her Complaint against the Defendant, CANADIAN NATIONAL RAILWAY, hereby states and alleges as follows:

I.

Complainant, MICHELLE MAZA, is an adult citizen of the Unites States of America, and at the time of this accident, was a resident and citizen of the State of Louisiana and domiciled in the Parish of Tangipahoa. At all times pertinent herein, Complainant, MICHELLE MAZA, was physically present on property, which, upon information, knowledge and belief, was owned, maintained and/or controlled by Defendant herein, CANADIAN NATIONAL RAILWAY.

II.

Defendant, CANADIAN NATIONAL RAILWAY, is, upon information, knowledge and belief, a Canadian private corporation licensed to do and doing business in the Parish of Tangipahoa, State of Louisiana. Upon information, knowledge and belief, the incident that is the subject of this litigation occurred in the Parish of Tangipahoa, State of Louisiana, on property which, upon information, knowledge and belief, was owned, maintained and/or controlled by Defendant, CANADIAN NATIONAL RAILWAY.

III.

This Court has subject matter jurisdiction over the dispute between Complainant, MICHELLE MAZA, and Defendant, CANADIAN NATIONAL RAILWAY, under 28 U.S.C. §§1332(a) and 1441, as the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the State citizenship of Complainant, MICHELLE MAZA, is different from the State citizenship of Defendant, CANADIAN NATIONAL RAILWAY.

IV.

This is a negligence claim by a private citizen against the corporate owner and/or operator of a railroad for damages caused by the negligence of that corporate entity and its employees and/or agents.  Specifically, Complainant was physically present at a railroad crossing located at or near 45048 North Hattie Road, Hammond, Louisiana 70401, which was, upon information, knowledge and belief, owned, maintained and/or controlled by Defendant, CANADIAN NATIONAL RAILWAY.

V.

Venue is proper in this District Court pursuant to 28 U.S.C. §1441 as the United States District Court for the Eastern District of Louisiana encompasses the Parish of Tangipahoa, State of Louisiana, the site of the incident which is the subject of this litigation.  Further, Defendant, CANADIAN NATIONAL RAILWAY, is licensed to do and regularly conducts business in the Parish of Orleans, State of Louisiana.

VI.

On or about September 21, 2021, Complainant, MICHELLE MAZA, was physically present at a railroad crossing located at or near 45048 North Hattie Road, Hammond, Louisiana

70401, which was, upon information, knowledge and belief, owned, maintained and/or controlled by Defendant, CANADIAN NATIONAL RAILWAY.

VII.

Complainant specifically avers that, in the days prior to this incident, a representative of Defendant, CANADIAN NATIONAL RAILWAY, had met with her and several of her neighbors in their homes to inform them that repairs were going to be made at the subject railroad crossing in the coming days. This representative informed Complainant and her neighbors that – because their homes were located on a dead-end road – they would have to park their vehicles on the other side of the railroad track while the repairs were being made. Complainant further avers that this representative guaranteed that Defendant, CANADIAN NATIONAL RAILWAY, would provide Complainant and her neighbors with safe passage across the new construction and repairs to their vehicles while such repairs were being made.

VIII.

On or about September 21, 2021, Complainant, MICHELLE MAZA, approached the subject railroad crossing on foot with the intention of crossing to get to her vehicle which, per the corporate representative's instructions, was parked on the other side of the railroad crossing. As Complainant approached the crossing, she became aware that, despite the representative's guarantee, no method of safe passage had been provided. Complainant attempted to cross the construction area on foot; however, Complainant – who is an amputee – was unable to step over the railroad crossing before her prosthetic leg got caught in the loose dirt and debris, causing her to fall face first onto the ground below.

IX.

As a result of the subject incident, Complainant suffered serious injuries to her right leg

and to her back, as well as any other injuries depicted in medical records. These injuries occurred as the proximate result of Defendant, CANADIAN NATIONAL RAILWAY's failure to provide Complainant with a reasonably safe method of passage across the subject construction and repairs, as well as any other negligent acts or omissions by Defendant, CANADIAN NATIONAL RAILWAY which caused/contributed to Complainant's injuries. Further, Defendant, CANADIAN NATIONAL RAILWAY, is liable unto Complainant for its own negligence under Article 2315 of the Louisiana Civil Code and are liable for failing to exercise reasonable care for the things under their custody, care, and control, to wit: the railroad crossing at issue.

X.

Defendant, CANADIAN NATIONAL RAILWAY, is responsible for the negligent acts of its employee(s) under the Doctrine of *Respondeat Superior*.

XI.

As a direct and proximate result of the aforementioned negligence and liability of the Defendant herein, Complainant, MICHELLE MAZA, has suffered mental and physical injuries with damages as set forth below.

XII.

Additionally, Defendant, CANADIAN NATIONAL RAILWAY, breached its duty of care to Complainant, which breaches includes, but is not limited to, the following:

A. Failure to remove hazards from the subject area;

B. Failure to warn or properly/adequately warn of a dangerous condition;

C. Failure to properly inspect the subject premises;

D. Failure to use reasonable and ordinary care in order to protect others from a dangerous condition;

E. Failure to properly maintain the premises in a safe condition;

F. Permitting a foreseeable danger and hazardous condition to exist;

G. Failure to post warning signs or posting ineffective and inadequate warning signs that would draw Complainant's attention to the hazard so as to avoid the subject risk;

H. Failure to detect, evaluate, or remedy any foreseeable vice or defect;

I. Creating a hazardous condition on the premises;

J. Failure to have proper policies and procedures in place or having inadequate policies and procedures in place so as to avoid the subject risk;

K. Failure to follow its policies and procedures so as to avoid the subject risk;

L. Failure to take all precautions such as to avoid this incident;

M. Failure to discover and correct an existing dangerous condition;

N. Failure to provide invitees, such as Complainant, with a hazard free premises;

O. Failure to provide invitees, such as Complainant, with safe passage;

P. Failure to manage and maintain the property in accordance with Municipal, State, and other applicable codes;

Q. Giving express or implied authorization to unsafe practices;

R. Failure to furnish adequate equipment and work crew to maintain the premises, including, but not limited to, proper warning signage;

S. Any and all other acts of negligence and omissions that will be discovered and shown at the trial of this matter, including violations of State, City, and Municipal regulations and ordinances.

XIII.

For the above reasons, Complainant, MICHELLE MAZA, requests and is entitled to judgment against Defendant, CANADIAN NATIONAL RAILWAY, as follows:

1) For actual damages for the injuries and losses designated above in the amount of $1,500,000;

2) For all costs of this suit;

3) For costs of experts retained here;

4) For pre and post-judgment interest;

5) For trial by jury, and;

6) For all other orders and decrees necessary for full, general and equitable relief.

WHEREFORE, Complainant, MICHELLE MAZA, prays that after due proceedings and an expiration of legal delays, that there be judgment rendered herein in favor of the Complainant, MICHELLE MAZA, and against Defendant, CANADIAN NATIONAL RAILWAY, as prayed for above.

Respectfully Submitted,

/s./ Matthew K. Handy
Matthew K. Handy (#35807)
The Handy Law Firm, LLC
631 St. Charles Avenue, Ste. 3-C
New Orleans, LA 70130
Telephone: (504) 515-3910
Facsimile: (504) 226-5030
Email: thehandylawfirm@gmail.com